IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Office of Attorney : 
General, : 
                Petitioner : 
           : 
           : 
        v. : No. 2096 C.D. 2014
           : 
The Philadelphia Inquirer, : 
               Respondent : 

# **O R D E R**

AND NOW, this <u>19th</u> day of <u>November</u>, 2015, the opinion filed November 19, 2015 in the above-captioned matter is amended to reflect that Judge Cohn Jubelirer joins the Dissenting Opinion.

_____
DAN PELLEGRINI, President Judge